# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Roslyn Perez-Wright ,

    Plaintiff(s),                                          JUDGMENT IN A CIVIL CASE

vs.                                                              3:11-cv-324

Finish Line,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 1, 2011 Order.

                                                         Signed: November 1, 2011

                                                         *[Signature: Frank G. Johns]*

                                                         Frank G. Johns, Clerk
                                                         United States District Court