# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Roslyn Perez-Wright ,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                                   3:11-cv-324

Finish Line,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 1, 2011 Order.

                                                 Signed: November 1, 2011

                                                 Frank G. Johns, Clerk
                                                 United States District Court